IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01591-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   September 17, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                                    *Counsel:*

DATALINK CORPORATION,                                               John M. Husband
                                                                                           Amy W. Kern

      Plaintiff,

v.

PAUL PRATA, *et al.,*                                                         Howard O. Bernstein
                                                                                           Gregory R. Stross

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:43 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the two current Motions to Dismiss, the Joint Motion to Stay Discovery, and the proposed scheduling order currently before the court.

The court notes there is currently a reply brief due on September 23, 2013.

Discussion regarding the filing of an amended complaint to cure issues between the parties and the most efficient way to move the case forward.  Discussion regarding the parties' concerns with timing of a reply brief if an amended complaint is filed.

**ORDERED:**            Plaintiff will submit a Motion for Leave to Amend, attaching a proposed Amended Complaint, **within 7 days of today's date**.  Further briefing on the two Motions to Dismiss shall be suspended for 7 days after the Motion for Leave to Amend is filed.

At that time, Defendant can decide if the motion would be opposed.  If the motion is unopposed, the pending Motions to Dismiss will be moot.

The court notes it is left with the Motion to Stay Discovery and the proposed Scheduling Order.

For the reasons stated on the record, it is

**ORDERED:**   Defendants Net Source and Paula Prata's Joint MOTION to Stay Discovery Pending Determination of the Pending Rule 12 Motions for Dismissal [Doc. No. 20, filed 9/6/2013] is **DENIED WITHOUT PREJUDICE**.

Discussion between the court and the parties regarding the need for a protective order. The parties note Rule 26(a) disclosures have not been completed.

**ORDERED:**   Rule 26(a) disclosures shall be completed **no later than October 1, 2013**, absent further order from the court. The parties are to have a protective order in place before disclosures are made.

The court reviews the proposed deadlines with the parties.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:   **October 15, 2013**

Discovery Cut-off:   **April 15, 2014**

Dispositive Motions deadline:   **May 16, 2014**

Parties shall designate affirmative experts **on or before February 14, 2014.**

Parties shall designate rebuttal experts **on or before March 14, 2014.**

Each party shall be limited to ten (10) fact depositions, absent leave of court

Each party shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production of Documents and twenty-five (25) Requests for Admissions.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than 33 days prior to discovery cut-off.**

**FINAL PRETRIAL CONFERENCE**   is set for **August 21, 2014 at 9:15 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a five (5) day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:**     **11:26 a.m.**
Total time in court:     00:43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.