IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01591-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             November 15, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*  *Counsel:*

DATALINK CORPORATION,    John M. Husband

    Plaintiff,

v.

PAUL PRATA, *et al.*,    Jennifer L. Lorenz
        Gregory R. Stross

    Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session:       8:30 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Plaintiff's Motion for Leave to File an Amended Complaint** [Doc. No. 26] and Defendants' **Motions to Dismiss or in the Alternative Motion for More Definite Statement** [Doc. Nos. 14 and 16].

The court begins with **Plaintiff's Motion for Leave to File an Amended Complaint** [Doc. No. 26].

Counsel for Plaintiff states he has no additional argument.

Counsel for Defendant Net Source, Inc presents oral argument and addresses issues also raised in his Motion to Dismiss.

Counsel for Defendant Paula Prata presents oral argument, addresses issues raised in the Motions to Dismiss, and engages in discussion with the court.

The court notes if Plaintiff's Motion is granted, then the Motions to Dismiss will be rendered moot.

The court reviews the chronology of the case, cites relevant decisions and case law, and makes

findings.

**ORDERED:**      For the reasons stated on the record, *Plaintiff's Motion for Leave to File an Amended Complaint* [Doc. No. 26, filed 9/24/2013] is **GRANTED**. Plaintiff's Amended Complaint is accepted for filing as of today's date.

**ORDERED:**      Defendant Paul Prata's *Motion to Dismiss or in the Alternative Motion for More Definite Statement* [Doc. No. 16, filed 8/19/2013] and Defendant Net Source, Inc.'s *Motion to Dismiss or in the Alternative Motion for More Definite Statement and Memorandum Brief in Support of all Motions* [Doc. No. 14, filed 8/19/2013] are **DENIED as moot**.

The court notes it is respecting in all ways the Defendants' rights to raise any challenges to the Amended Complaint, to the extent they choose to and to the extent the law permits them to, at the time they think is appropriate.

HEARING CONCLUDED.
**Court in recess**:      **9:30 a.m.**
Total time in court:      01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.